IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEITH PENTON,                                                                         PLAINTIFF

VERSUS                                           CIVIL CAUSE NO.: 3:24-cv-107-KHJ-MTP

CITY OF PEARL, MISSISSIPPI &
JOHN DOES 1 – 10, IN THEIR
INDIVIDUAL AND OFFICIAL
CAPACITY                                                                     DEFENDANTS

**COMPLAINT**

**JURY TRIAL REQUESTED**

COMES NOW, KEITH PENTON, Defendant, by and through his attorney of record, Michael W. Crosby, and does hereby submit this, his Complaint, and does state unto the Court as follows, to-wit:

I. PREAMBLE

Today, February 21, 2023, is the exact day for the three-year anniversary of Plaintiff, KEITH PENTON'S, cause of action in the above styled and numbered cause. The undersigned was asked, late on the last day to file, to help the Plaintiff file his complaint. It is certain that the Complaint will require amending, since the undersigned was not prepared to assist on this day, however, due to Penton's incarceration, the undersigned former representation of Penton, I agreed to help him begin his case.

II. GENERAL INFORMATION

A. At the current time, Plaintiff is incarcerated, and at the time of the actions giving rise to the complaint, the Plaintiff was getting arrested on the case for which he is now serving a sentence for 2nd Degree Murder.

B. Defendant is currently incarcerated.

C. At time of the incident complained of in this complaint, Plaintiff was under arrest.

D. Plaintiff is not incarcerated for a parole or probation violation.

E. At the time of the incident complained of in this complaint, Plaintiff was not an inmate of the Mississippi Department of Corrections

F. Plaintiff is currently an inmate of the Mississippi Department of Corrections.

### III. PARTIES

Name of Plaintiff:    Keith Penton
Prison Number:        241939
Address :             CMCF Unit CMCF WC; 3794 Highway 468 W, Pearl, MS 39208

The Defendants are believed to be employees of the City of Pearl Police Department, as follows:

1. City of Pearl Police Department: 2561 Old Brandon Rd, Pearl, MS 39208
2. Officer Donnell Reynolds, of the Pearl Police Department
3. Officer Byron Robinson, of the Pearl Police Department
4. Other officers, of the Pearl Police Department, who are referred to herein as John Does 1 – 10, but whose names will be furnished after the same are discovered.

### IV. OTHER LAWSUITS FILED BY PLAINTIFF

Penton has been a party to another federal lawsuit against WALTHALL County Jail, identified in case number 2:22cv123-HSO-BWR, which was settled.

### V. FACTS

On February 21, 2021, Defendant was involved in an incident in Walthall County in which he was eventually convicted and sentenced upon his plea of guilt to 2nd Degree Murder and sentenced to 15 years. After the incident, Penton travelled to the City of Pearl. He was stopped by the Pearl Police while driving on Hwy 80 near Bass Pro Drive. Although he surrendered and was cooperative and compliant, the officers attacked him, assaulted him, tazed him, beat him, drove him to a location under a bridge and beat him further. Reportedly, the area under the bridge is a common area of assault upon arrested individuals. At the police station,

approximately six (6) officers beat him. The video interview and booking photograph depict him bleeding, injured, confused, bruised, and seriously injured as a result of the unnecessary and unjust force and abuse. When the Walthall County officers arrived to take custody, they observed the injured Penton.

## VI.  RELIEF

Pursuant to 42 U.S. Code section 1983, Penton's was deprived of his constitutional rights under the color of state law. Penton was denied his constitutional rights to be free from cruel and unusual punishment and unnecessary/excessive force while in custody, all in violation of the 4th, 6th, 8th and 14th amendments of the U.S. Constitution.

Respectfully submitted, this the 21st day of February 2024.

KEITH PENTON

/s/ Michael W. Crosby_____
Michael W. Crosby
Attorney for Plaintiff

Michael W. Crosby
MSB #7888
2111 25th Avenue
Gulfport, MS 39501
Tel: (228) 865-0313
Fax: (228) 865-0337
michaelwcrosby@bellsouth.net